AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **4:24-CV-00085-WMR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Pro Vacation Group, LLC**
was recieved by me on  **3/31/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Abid A. Godil**, who is designated by law to accept service of process on behalf of **Pro Vacation Group, LLC** at **3442 Stonewyck Street, Orlando, FL 32824** on **04/02/2024 at 11:55 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

**Brandy Holmes**
*Printed name and title*

**501 s Kirkman rd #616521**
**Orlando, FL 32861**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Mehwish Godil who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired female contact 35-45 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**





Tracking #: **0128788952**

## Ninth Judicial Circuit Court
## Certified Process Server





**NINTH**
Judicial Circuit Court
**OF FLORIDA**

Appointed by the Chief Judge of the Ninth Judicial Circuit

**Brandy Holmes**
Expiration Date: 03-21-2025
I.D. No.:  398