# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| **SHALINA STONE,** *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRO VACATION GROUP LLC,**<br><br>*Defendant*. | Civil Case No.: 4:24-cv-00085-WNR |

### PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVICE RE: INITIAL WRITTEN DISCOVERY REQUESTS TO DEFENDANT

Pursuant to Local Rule 5.4, Plaintiff Shalina Stone, by counsel, notifies the Court that she served her Written Discovery Requests to Defendant (consisting of interrogatories, requests for admission, and request for production of documents) upon Defendant on July 25, 2024.

**Dated:** July 26, 2024

/s/*John A. Love*
John A. Love, Esq.
Love Consumer Law
2500 Northwinds Parkway
Suite 330
Alpharetta, Georgia 30009
(404) 855-3600
tlove@loveconsumerlaw.com

s/ *Max S. Morgan*
Max S. Morgan, Esquire
Eric H. Weitz, Esquire
**THE WEITZ FIRM, LLC**

1

1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on July 26, 2024, I caused a copy of the foregoing to be served via regular U.S. Mail and also emailed to the following individuals:

Pro Vacations Group LLC
Attn: Abid A. Godil
3442 Stonewyck St.
Orlando, FL 32824
provacationgroup@gmail.com


*/s/ John A. Love*
John A. Love
Counsel for Plaintiff

3