# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| **SHALINA STONE,** *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRO VACATION GROUP LLC,**<br><br>*Defendant*. | Civil Case No.: 4:24-cv-00085-WNR |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Shalina Stone ("Plaintiff") hereby notifies the Court that the parties have reached a settlement. The final settlement payment is scheduled to be made on February 15, 2025. Plaintiff requests that the Court retain jurisdiction through and including February 25, 2025 for the purposes of enforcing the settlement should it become necessary. Plaintiff intends to file a dismissal with prejudice upon the final payment.

**Dated:** November 14, 2024

*/s/John A. Love*
John A. Love, Esq.
Love Consumer Law
2500 Northwinds Parkway
Suite 330
Alpharetta, Georgia 30009
(404) 855-3600
tlove@loveconsumerlaw.com

Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

(admitted pro hac vice)

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion has been prepared in Times New Roamn 14-point font.

This 14th day of November, 2024.

*/s/John A. Love*
John A. Love
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing motion to be served upon Defendant via its registered agent by sending a copy via U.S. mail, postage pre-paid, to the following and via email to Defendant:

> Pro Vacations Group LLC
> Attn: Abid A. Godil
> 3442 Stonewyck St.
> Orlando, FL 32824

This 14th day of November, 2024.

/s/John A. Love
John A. Love
Counsel for Plaintiff