IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **SHALINA STONE, on behalf of herself and all others similarly situated,**<br><br>  Plaintiff(s),<br><br>  v.<br><br>**PRO VACATION GROUP LLC,**<br><br>  Defendant(s) | CIVIL ACTION FILE<br>NO. 4:24-cv-85-WMR |

## ORDER

Parties have filed a Notice of Settlement [Doc 15]. The Court **DIRECTS** the

Clerk of Court to **ADMINISTRATIVELY CLOSE** this case.  The parties shall

file a dismissal or other filing disposing of this case upon finalization of the

settlement.  If settlement negotiations fail, or the Court's intervention is needed to

enforce the settlement, the parties may move to reopen the case.[1]

**SO ORDERED** this 21st day of November, 2024.



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes.  The parties need only file a motion to reopen the case if settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.