# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**SHALINA STONE**, *on behalf of herself and all others similarly situated*,

*Plaintiff*,

v.

**PRO VACATION GROUP LLC**,

*Defendant*.

Civil Case No.: 4:24-cv-00085-WNR

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Shalina Stone, by counsel, pursuant to Fed.R. Civ.P. 41(a)(1)(A)(i), hereby dismisses her individual claims with prejudice and the claims of the putative class without prejudice, with each party to bear its own fees and costs.

This 19th day of February, 2025.

Respectfully submitted,

*/s/ John A. Love*
Ga. Bar No. 459155
Love Consumer Law
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
tlove@loveconsumerlaw.com
404.855.3600

*Counsel for Plaintiff*

Max S. Morgan, Esquire *
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

(*admitted *pro hac vice*)

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing motion to be served upon Defendant via its registered agent by sending a copy via U.S. mail, postage pre-paid, to the following:

Pro Vacations Group LLC
Attn: Abid A. Godil
3442 Stonewyck St.
Orlando, FL 32824

This 19th day of February, 2025.

/s/ John A. Love
John A. Love
*Counsel for Plaintiff*